| | | | |
|---|---|---|---|
| State v. Brown<br><br>Case below:<br>172 N.C. App. 171 | No. 413P05 | 1. AG's Motion for Temporary Stay (COA04-737) | 1. Allowed Pending Determination of the State's PDR<br>**359 N.C. 854**<br><br>Stay dissolved 12/19/06 |
| | | 2. AG's Petition for Writ of Supersedeas | 2. Denied 12/19/06 |
| | | 3. AG's PDR Under N.C.G.S. § 7A-31 | 3. See Special Order Page 149 |
| | | 4. Def's Motion to Dissolve Stay | 4. Dismissed as Moot 12/19/06 |
| State v. Bullock<br><br>Case below:<br>171 N.C. App. 763 | No. 445P02-3 | 1. AG's Motion for Temporary Stay (COA04-665) | 1. Allowed<br>**359 N.C. 854**<br><br>Stay dissolved 12/19/06 |
| | | 2. AG's Petition for Writ of Supersedeas | 2. Denied 12/19/06 |
| | | 3. AG's PDR Under N.C.G.S. § 7A-31 | 3. See Special Order Page 150 |
| | | 4. Def's NOA Based Upon a Constitutional Question | 4. — |
| | | 5. AG's Motion to Dismiss Appeal | 5. Allowed 12/19/06 |
| | | 6. Def's PDR Under N.C.G.S. § 7A-31 | 6. Denied 12/19/06 |
| State v. Bullock<br><br>Case below:<br>178 N.C. App. 234 | No. 020P06-3 | Def's PDR Under N.C.G.S. § 7A-31 (COA05-743) | Denied 12/14/06 |